UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 04 2016

United States of America,

—v—

Nico Burrell, et al.,

            Defendants.

15-cr-95 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    On September 27, 2016, the Government submitted its motion to sever the defendants in the above-captioned case into groups, Group A (defendants against whom the Government does not intend to file a superseding indictment), and Group B (defendants against whom the Government expects to file additional charges). Docket No. 647. As a reminder, per the schedule announced at the Court's May 2, 2016 conference, Defendants have until October 11, 2016, to file any opposition to the Government's motion. Docket No. 244.

    SO ORDERED.

Dated: October ____, 2016
       New York, New York

                                            ALISON J. NATHAN
                                       United States District Judge

1